**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SARAH ROMANO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 3:14-cv-30087-KPN** |
| ) | |
| DIVERSIFIED CONSULTANTS, INC., ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.


Dated: July 16, 2014          BY: */s/ Craig Thor Kimmel*
                                                Craig Thor Kimmel, Esquire
                                                Kimmel & Silverman, P.C
                                                BBO# 662924
                                                30 East Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Facsimile: (215) 540-8817
                                                Email: kimmel@creditlaw.com
                                                Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 16th day of July, a true and correct copy of the foregoing pleading served via e-mail and first class mail, postage pre-paid to the below:

Ross S. Enders, Esquire
Sessions, Fishman, Nathan & Israel
2303 Oxfordshire Road
Furlong, PA 18925
E-mail: rsenders@sessions-law.biz

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C
BBO# 662924
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff